```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                      Case No. 16-12188-jkf
Kathleen DiTommaso                                          Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: admin              Page 1 of 2              Date Rcvd: Jul 15, 2016
                              Form ID: 318             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2016.
db            +Kathleen DiTommaso,    8121 Crispin Street,    Philadelphia, PA 19136-2613
13700600      +Capital One,   c/o Northland Group, Inc.,     P. O. Box 390846,    Minneapolis, MN 55439-0846
13700601      +Capital One c/o Altair OH XIII, LLC,    Weinstein and Riley, P.S.,     2001 Western Ave., Ste. 400,
                Seattle, WA 98121-3132
13700603      +DiMaggio Properties, LLC,    42 Sokot Drive,    Kutztown, PA 19530-9196
13700604      +Equable Ascent Financial LLC/JCP,    c/o Andrew Sklar, Esquire,     102 Browning Lane, Ste. B1,
                Cherry Hill, NJ 08003-3195
13700614      +PA Housing Finance Agency,    c/o U.S. Bank Nat'l Assn/PA Housing Fin.,
                c/o KML Law Group, P.C.,    701 Market Street,    Philadelphia, PA 19106-1538
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QLEFELDMAN.COM Jul 16 2016 01:28:00      LYNN E. FELDMAN,    Feldman Law Offices PC,
                221 N. Cedar Crest Blvd.,    Allentown, PA 18104-4603
smg            E-mail/Text: bankruptcy@phila.gov Jul 16 2016 01:46:17      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 16 2016 01:44:36
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 16 2016 01:45:24      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13700598      +EDI: RMSC.COM Jul 16 2016 01:28:00      American Eagle/GECRB,    Attn: Bankruptcy Department,
                P. O. Box 103104,    Roswell, GA 30076-9104
13700599       EDI: CAPITALONE.COM Jul 16 2016 01:28:00      Capital One,    P. O. Box 30285,
                Salt Lake City, UT 84130-0285
13700602      +EDI: PRA.COM Jul 16 2016 01:28:00      Comenity Bank,   c/o Portfolio Recovery,
                120 Corporate Boulevard, Ste. 100,     Norfolk, VA 23502-4962
13700606      +E-mail/Text: bankruptcy@cavps.com Jul 16 2016 01:45:14      Equable Ascent Financial, LLC,
                c/o Cavalry SPVI, LLC,    P. O. Box 27288,    Tempe, AZ 85285-7288
13700607      +EDI: RMSC.COM Jul 16 2016 01:28:00      GAP/GECRB,   Attn: Bankruptcy Dept.,     P. O. Box 103104,
                Roswell, GA 30076-9104
13700608      +EDI: HFC.COM Jul 16 2016 01:28:00      HSBC Bank Nevada,    P. O. Box 5253,
                Carol Stream, IL 60197-5253
13700609      +EDI: PRA.COM Jul 16 2016 01:28:00      HSBC Bank Nevada, N.A.,
                C/O Portfolio Recovery Associates,     120 Corporate Boulevard, Ste. 100,
                Norfolk, VA 23502-4962
13700611      +EDI: PRA.COM Jul 16 2016 01:28:00      New York & Company,
                c/o Portfolio Recovery Associates, LLC,     P. O. Box 41067,    Norfolk, VA 23541-1067
13700612      +EDI: RMSC.COM Jul 16 2016 01:28:00      Old Navy,   P. O. Box 965005,     Orlando, FL 32896-5005
13700613      +E-mail/Text: blegal@phfa.org Jul 16 2016 01:44:55      PA Housing Finance Agency,
                211 North Front Street,    P. O. Box 15057,    Harrisburg, PA 17105-5057
13700615       EDI: WTRRNBANK.COM Jul 16 2016 01:28:00      Target,   P. O. Box 673,
                Minneapolis, MN 55440-0673
13700616      +EDI: MID8.COM Jul 16 2016 01:28:00      Target,   C/O MCM,    Dept. 12421, P. O. Box 603,
                Oaks, PA 19456-0603
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13700597       Abigail Dorfman,    Address unknown
13700605     ##+Equable Ascent Financial, LLC,    1120 W. Lake Cook Road, Suite B,
                Buffalo Grove, IL 60089-1970
13700610     ##+New York & Company,    450 W. 33rd Street, 5th Floor,    New York, NY 10001-2632
                                                                                   TOTALS: 1, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2           User: admin                Page 2 of 2            Date Rcvd: Jul 15, 2016
                               Form ID: 318               Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              BRADLY E ALLEN    on behalf of Debtor Kathleen  DiTommaso bealaw@verizon.net
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.epiqsystems.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Kathleen DiTommaso** | Social Security number or ITIN  **xxx–xx–3623** |
|  | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
|  |  | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **16–12188–jkf** | | |

# Order of Discharge                                                               12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kathleen DiTommaso
aka Kathleen Dorfman

7/14/16                                              **By the court:**   Jean K. FitzSimon
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                              page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                **Order of Discharge**                page 2